Philip D. Dracht (219044)
THE LAW OFFICE OF PHILIP DRACHT
15 W. Carrillo St.
Santa Barbara, CA 93202
pdracht@drachtlaw.com
Telephone: (805) 979-8802
Facsimile: (805) 613-6607

Attorneys for Plaintiff John J. Menchaca,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TIFKAH, formerly known as House Research Institute,<br><br>    Debtor. | Case No. 2:14-bk-21532-TD<br><br>Chapter 7 |
| JOHN J. MENCHACA, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID H. KOCH, an individual, RICK CARUSO, an individual, TINA CARUSO, an individual,<br><br>    Defendant. | Adv No. 2:16-ap-01266-RK<br><br>**TRUSTEE'S FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT** |

    Plaintiff John J. Menchaca, the Chapter 7 trustee (the "Trustee") of the estate of TIFKAH, formerly known as House Research Institute (the "Debtor"), alleges as follows:

## JURISDICTION AND VENUE

    1.    This Court has jurisdiction over this adversary proceeding pursuant to

1

28 U.S.C. §§ 157 and 1334.  This action is commenced pursuant to 11 U.S.C. § 547 and § 549.  This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (F), and (O).  This action arises in a case under Chapter 7 of title 11 of the United States Code entitled TIFKAH, formerly known as the House Research Institute, which has been assigned number 2:14-bk-21532-TD and is pending in the United States Bankruptcy Court, Central District of California, Los Angeles Division (the "Bankruptcy Case").  Plaintiff consents to the entry in this action of final orders or judgment by the Bankruptcy Court.

2.   Venue in this judicial district is appropriate pursuant to the provisions of 28 U.S.C. §1409(a).

3.   On or about June 12, 2014 (the "Petition Date"), TIFKAH, formerly known as the House Research Institute (the "Debtor" or "HRI") filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Code"), case no. 2:14-bk-21532-TD (the "Bankruptcy Case").

4.   John J. Menchaca was appointed as the Chapter 7 trustee for the Debtor's estate and continues to serve in that capacity for the benefit of creditors.

## THE PARTIES

5.   Plaintiff brings this action solely in his capacity as the Chapter 7 trustee for the Debtor's estate.

6.   Plaintiff is informed and believes, and thereon alleges, that Defendant David H. Koch ("Koch") is an individual who resides in New York and Kansas.

7.   Plaintiff is informed and believes, and thereon alleges, that Defendants Rick Caruso and Tina Caruso (collectively the "Carusos") are individuals who reside in Los Angeles County, California.

## GENERAL ALLEGATIONS

8.   HRI was established in 1946 by Dr. Howard House and incorporated under the California Nonprofit Public Benefit Corporation Law.  Over the years it became one of the country's pre-eminent research facilities for hearing disorders.

2

9. Plaintiff is informed and believes, and thereon alleges, that at all relevant times HRI funded its operations in two ways: first, governmental grants; and second, donations from individuals or other entities.

## FIRST CLAIM FOR RELIEF

(For Breach of Contract)

10. Plaintiff refers to and incorporates herein by reference each and every allegation contained in paragraphs 1 through 9, as though fully set forth herein.

## DAVID KOCH

11. In December, 2010, Koch pledged to donate $5 million to the House Research Institute, at a rate of $1 million per year for five years. The pledge was designated for use for the "David H. Koch Center for Hearing Restoration." The pledge was "a 5 year commitment pledge totaling 5 million dollars, conditional on the creation of the Center which will bear David Koch's name." Copies of letters dated December 30, 2010, December 39, 2011, and August 30, 2012 from Koch to the House Research Institute describing the pledge is attached as **Exhibit A**.

12. The House Research Institute created the Koch Center for Hearing Restoration.

13. In December 2010, Koch paid the first $1 million of the $5 million pledge.

14. In December, 2011, Koch paid the second $1 million towards his $5 million pledge.

15. In August, 2012, at the request of the House Research Institute, Koch paid the third $1 million of the $5 million pledge earlier than planned.

16. Koch did not make the fourth $1,000,000 payment on his $5,000,000 pledge in 2013.

17. The House Research Institute acknowledged in January 2011 that the pledge was for the Koch Center for Hearing Restoration. In a 2013 progress report, the House Research Institute reported to Koch that the Center was thriving. The

3

House Research Institute also reported that total Koch Center costs were anticipated to be $4.9 million. HRI used Koch's pledged payments to support the Koch Center for Hearing Restoration. Had Koch made his required pledge payment in 2013, HRI would have been able to use those funds to support the Koch Center for Hearing Restoration

18. HRI was and is damaged by the failure of Koch to make the fourth $1,000,000 payment on his $5,000,000 pledge due in 2013, as it had costs (and now has claims) related to the Koch Center for Hearing Restoration.

### THE CARUSOS

19. On September 8, 2008, the Carusos made an "irrevocable pledge of $1,500,000…payable in 10 annual installments of $150,000 beginning December 15, 2008. The tenth and final installment will be due December 15, 2017. The pledge was restricted for Hair Cell Regeneration Research and in recognition of the gift, HRI agreed "the circle drive and fountain area will be prominently recognized on the fountain in the center of the drive as follows: TINA AND RICK CARUSO." The gift was also required to be "recognized in appropriate publications and announcements, and in the donor plasma screen displays in the main lobby of the Institute." A copy of the Chandlers' Pledge Form is attached as **Exhibit B**.

20. HRI named the circle drive and fountain area with a plaque recognizing the Carusos: "TINA AND RICK CARUSO." HRI also recognized the Carusos pledge with appropriate publicity. HRI used the Caruso's funds to support and conduct hair cell regeneration research.

21. From 2008 through 2012, the Carusos made five $150,000 payments totaling $750,000.

22. The Carusos did not make a payment in 2013 and have not made any payments after 2013.

23. Had the Carusos made their required pledge payment in 2013, HRI

would have been able to use those funds to support and pay for hair cell regeneration research.

24. HRI was and is damaged by the failure of the Carusos to make their payments in 2013 and any other subsequent payment as it had costs (and now has claims) related to hair cell regeneration research.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against David Koch, Rick Caruso and Tina Caruso as follows:

1. For damages against David H. Koch in the amount of $1,000,000;
2. For damages against the Carusos in the amount of $150,000;
3. For such other and further relief as the Court deems just and proper.
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court deems just and proper.

Dated: December 22, 2016        THE LAW OFFICE OF PHILIP DRACHT

*/s/ Philip D. Dracht*
Philip D. Dracht
Attorneys for Plaintiff John J. Menchaca, Chapter 7 Trustee

5