# EXHIBIT A

# EXHIBIT A



KOCH BUSINESS HOLDINGS LLC

KOCH FAMILY MANAGEMENT

December 30, 2010

John W. House, MD
President
House Ear Institute
2100 West Third Street
Los Angeles, CA 90057

Dear Dr. House:

Enclosed is a check for $1,000,000.00 to the House Ear Institute from David H. Koch. These funds are designated for the David H. Koch Center for Hearing Restoration. This is the 1st installment of a 5 year commitment pledge totaling 5 million dollars, conditional on the creation of the Center which will bear David Koch's name. Please send Mr. Koch regular updates on your progress.

By endorsing and depositing the check, you warrant that there has been no change in your IRS tax-exempt status as an organization described by the Internal Revenue Service Code Section 501(c)(3).

In order to comply with Section 170 of the Internal Revenue Code regarding charitable contributions over $250, please provide written substantiation for the donation described below. Please include ***David's name, date received, the tax-deductible amount, and a statement indicating that David received no goods or services as a result of this contribution.*** Please send this statement to:
David H. Koch
c/o Ruth E. Williams
Koch Business Holdings, LLC
P.O. Box 2256
Wichita, KS 67201

Please contact Ruth with any questions you may have at (316) 828-5222.

Sincerely,

*[signature]*
Elaine Kohler
Manager, Tax and Finance

cc: David H. Koch

Check #62884 dated 12/30/10

# KKOCH.

KOCH BUSINESS HOLDINGS LLC

KOCH FAMILY MANAGEMENT

December 29, 2011

John W. House, MD
President
House Ear Institute
2100 West Third Street
Los Angeles, CA  90057

Dear Dr. House:

Enclosed is a check for $1,000,000.00 to the House Ear Institute from David H. Koch.  These funds are designated for the David H. Koch Center for Hearing Restoration.  This is the 2nd installment of a 5 year commitment pledge totaling 5 million dollars, conditional on the creation of the Center which will bear David Koch's name.  Please send Mr. Koch regular updates on your progress.

By endorsing and depositing the check, you warrant that there has been no change in your IRS tax-exempt status as an organization described by the Internal Revenue Service Code Section 501(c)(3).

In order to comply with Section 170 of the Internal Revenue Code regarding charitable contributions over $250, please provide written substantiation for the donation described above.  Please include *David's name, date received, the tax-deductible amount, and a statement indicating that David received no goods or services as a result of this contribution.*  Please send this statement to:

> David H. Koch
> c/o Ruth E. Williams
> Koch Business Holdings, LLC
> P.O. Box 2256
> Wichita, KS 67201

Please contact Ruth with any questions you may have at (316) 828-5222.

Sincerely,

*Elaine Kohler* (signature)

Elaine Kohler
Manager, Tax and Finance

cc:  David H. Koch

Check #67187 dated 12/29/11

smw

P.O. Box 2256  ■  Wichita, Kansas 67201  ■  316.828.5222  ■  FAX 316.828.4969



KOCH BUSINESS HOLDINGS LLC

KOCH FAMILY MANAGEMENT

August 30, 2012

John W. House, MD
President
House Research Institute
2100 West Third Street
Los Angeles, CA 90057

Dear Dr. House:

Enclosed is a check for $1,000,000.00 to the House Research Institute from David H. Koch. These funds are designated for the David H. Koch Center for Hearing Restoration. Pursuant to your request, this is an accelerated 3rd installment of a 5 year commitment pledge totaling 5 million dollars, and is conditional on the creation of the Center which will bear David Koch's name. Please send Mr. Koch regular updates on your progress.

By endorsing and depositing the check, you warrant there has been no change in your IRS tax-exempt status as an organization described by the Internal Revenue Service Code Section 501(c)(3).

In order to comply with Section 170 of the Internal Revenue Code regarding charitable contributions over $250, please provide written substantiation for the donation described above. Please include *David's name, date received, the tax-deductible amount, and a statement indicating that David received no goods or services as a result of this contribution.* Please send this statement to:

> David H. Koch
> c/o Heather D. Osborn
> Koch Business Holdings, LLC
> P.O. Box 2256
> Wichita, KS 67201         HEATHER.OSBORN@KOCHIND.COM

Please contact Heather with any questions you may have at (316) 828

Sincerely,

*Elaine Kohler*
Elaine Kohler
Manager, Tax and Finance

cc: David H. Koch

Check #70133 dated 08/30/12

smw

P.O. Box 2256  ▪  Wichita, Kansas 67201  ▪  316.828.5222  ▪  FAX 316.828.4969