# EXHIBIT B

# EXHIBIT B



## Campaign for Building a Sound Future

### Pledge Form

It is our pleasure to support the Institute's Campaign with an irrevocable pledge of $1,500,000

### Terms of Pledge Payment

This pledge is payable in ten annual installments of $150,000 beginning December 15, 2008. The tenth and final installment will be due December 15, 2017.

### Restrictions of Use of Funds

This pledge is restricted for Hair Cell Regeneration Research

### Recognition of Gift

This gift to name the circle drive and fountain area will be prominently recognized on the fountain in the center of the drive as follows:

~~RICK AND~~ TINA AND RICK CARUSO  dg

The lettering will appear on each side of the fountain so it is recognized on driving into the circle drive area and on entering or leaving the main entrance to the Institute. The gift will also be recognized in appropriate publications and announcements, and in the donor plasma screen displays in the main lobby of the Institute.

Name: Rick and Tina Caruso        Phone: (310) 458-0015
Street: REDACTED
City: Los Angeles     State: CA      Zip: 90049

Signature: Rick Caruso           Date: 9.8.08

Accepted by: Daniel M. Graham, EVP      Date: 8/6/2008

*Thank You for Supporting the Campaign for Building a Sound Future*

House Ear Institute is an organization recognized by the Internal Revenue Service in July 1948 to be exempt from Federal Income Tax as described in Internal Revenue Code Section 501(c)(3).

Your generous gift will be recognized as part of the Institute's Donor Recognition Program