| | |
|---|---|
| 1 | John S. Gordon (Bar No. 112750) |
| | johngordon@quinnemanuel.com |
| 2 | Robert J. Becher (Bar No. 193431) |
| | robertbecher@quinnemanuel.com |
| 3 | Eric Winston (Bar No. 202407) |
| | ericwinston@quinnemanuel.com |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017-2543 |
| 6 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |

**FILED & ENTERED**

**FEB 07 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

Attorneys for Tina and Rick Caruso

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:14-bk-21532-RK |
| TIFKAH, fka THE HOUSE RESEARCH INSTITUTE, | Chapter 7 |
| Debtor. | |
| JOHN J. MENCHACA, Chapter 7 Trustee, | Adv. No. 2:16-ap-01266-RK |
| Plaintiff, | |
| vs. | **ORDER APPROVING THIRD AND FINAL STIPULATION BETWEEN PLAINTIFF TRUSTEE AND DEFENDANTS RICK AND TINA CARUSO EXTENDING TIME FOR DEFENDANTS RICK AND TINA CARUSO TO RESPOND TO FIRST AMENDED COMPLAINT** |
| DAVID H. KOCH, an individual, RICK CARUSO, an individual, TINA CARUSO, an individual, STEPHEN CHANDLER, an individual, SUE W. CHANDLER, an individual, the SCOTTSDALE FOUNDATION, an unknown entity, | |
| Defendants. | Status Conference |
| | Date:    February 21, 2017 |
| | Time:    1:30 p.m. |
| | Ctrm:    1675 |
| | United States Bankruptcy Court |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

07092-00001A/8881739.2

Case No. 2:14-bk-21532-RK
ORDER APPROVING THIRD AND FINAL STIPULATION EXTENDING TIME FOR DEFENDANTS RICK AND TINA CARUSO TO RESPOND TO FIRST AMENDED COMPLAINT

The Third And Final Stipulation Between Plaintiff Trustee and Defendants Rick and Tina Caruso Extending Time for Defendants Rick Caruso and Tina Caruso to Respond to the First Amended Complaint [Docket No. 68] (the "Stipulation") between Plaintiff John J. Menchaca, Trustee for the Chapter 7 Estate of TIFKAH ("Plaintiff") and Defendants Rick Caruso and Tina Caruso (collectively herein, "Defendants") having been duly presented this date, the Honorable Robert N. Kwan, United States Bankruptcy Judge, presiding,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The date by which Defendants must answer, move or otherwise respond to the First Amended Complaint, filed December 22, 2016 [Adv. Docket No. 50] is extended to, through and including March 6, 2017.

3. The initial Status Conference currently set for February 21, 2017, at 1:30 p.m. shall ~~remain on calendar as currently set / be continued to March 6, 2017 at 1:30 p.m.~~ / be continued to **March 7, 2017 at 1:30 p.m.**

4. The hearing on any Motion to Dismiss the First Filed Complaint that is filed shall be held on **April 11, 2017 at 3:00 p.m.**

5. Nothing herein constitutes a waiver of objections, or consent, to the jurisdiction of the Bankruptcy Court to enter any final judgments in this Adversary Proceeding, or a waiver or release of any rights to a trial or to seek withdrawal of the reference. All such rights are reserved.

# # #

Date: February 7, 2017

_____
Robert Kwan
United States Bankruptcy Judge