United States Bankruptcy Court
Central District of California

MENCHACA,
    Plaintiff                                                                               Adv. Proc. No. 16-01266-RK

KOCH, an individual,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Feb 23, 2017
                      Form ID: pdf031    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla             +E-mail/Text: igaeta@menchacacpa.com Feb 24 2017 02:34:56      JOHN J MENCHACA,
        835 Wilshire Boulevard, Suite 300,    Los Angeles, CA 90017-2655
                                                                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             DAVID H. KOCH, an individual
dft             Rick Caruso
dft             TINA CARUSO, an individual
                                                                                                                       TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
        Eric D Winston    on behalf of Defendant TINA   CARUSO, an individual ericwinston@quinnemanuel.com
        Eric D Winston    on behalf of Defendant Rick   Caruso ericwinston@quinnemanuel.com
        Jeffery D Hermann    on behalf of Defendant DAVID H. KOCH, an individual jhermann@orrick.com
        John J Menchaca (TR)    jmenchaca@menchacacpa.com,    ca87@ecfcbis.com;igaeta@menchacacpa.com
        Jonathan  Guy    on behalf of Defendant DAVID H. KOCH, an individual jguy@orrick.com,
         nymao@orrick.com;Sean.Tarantino@kochps.com;pamend@orrick.com;mperrigino@orrick.com
        Philip D Dracht    on behalf of Plaintiff JOHN J MENCHACA pdracht@drachtlaw.com
        Philip D Dracht    on behalf of Trustee John J Menchaca (TR) pdracht@fabianlaw.com
        Robert J Becher    on behalf of Defendant TINA   CARUSO, an individual
         robertbecher@quinnemanuel.com,    calendar@quinnemanuel.com
        Robert J Becher    on behalf of Defendant Rick   Caruso robertbecher@quinnemanuel.com,
         calendar@quinnemanuel.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                                      TOTAL: 10

Philip D. Dracht (219044)
THE LAW OFFICE OF PHILIP DRACHT
15 W. Carrillo St.
Santa Barbara, CA 93202
pdracht@drachtlaw.com
Telephone:   (805) 979-8802
Facsimile:    (805) 613-6607

Attorney for Plaintiff John J. Menchaca, Chapter 7 Trustee

**FILED & ENTERED**

FEB 23 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TIFKAH, fka THE HOUSE RESEARCH INSTITUTE,<br><br>         Debtor. | Case No. 2:14-bk-21532-RK<br><br>Chapter 7 |
| JOHN J. MENCHACA, Chapter 7 Trustee,<br><br>         Plaintiff,<br><br>    vs.<br><br>DAVID H. KOCH, an individual, RICK CARUSO, an individual, TINA CARUSO, an individual, STEPHEN CHANDLER, an individual, SUE W. CHANDLER, an individual, the SCOTTSDALE FOUNDATION, an unknown entity,<br><br>         Defendants. | Adv. No. 2:16-ap-01266-RK<br><br>**ORDER APPROVING FURTHER STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS CONTINUING DATE AND TIME OF INITIAL STATUS CONFERENCE**<br><br>Status Conference<br>Date:    March 7, 2017<br>Time:    1:30 p.m.<br>Ctrm:    1675 |

The *Further Stipulation Between Plaintiff and Defendants Continuing Date and Time of Initial Status Conference* [Docket No. 75] (the "Stipulation") between Plaintiff John J. Menchaca, Trustee for the Chapter 7 Estate of TIFKAH ("Plaintiff") and Defendants David H. Koch, Tina

Caruso and Rick Caruso (all collectively herein "Defendants") having been duly presented this date, the Honorable Robert N. Kwan, United States Bankruptcy Judge, presiding,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The initial Status Conference shall be continued from March 7, 2017 at 1:30 p.m. in Courtroom 1675 to April 11, 2017, at 3:00 p.m. in Courtroom 1675.

3. Nothing herein constitutes a waiver of objections, or consent, to the jurisdiction of the Bankruptcy Court to enter any final judgments in this Adversary Proceeding, or a waiver or release of any rights to a trial by jury or to seek withdrawal of the reference. All such rights are reserved.

### ###

Date: February 23, 2017

_____
Robert Kwan
United States Bankruptcy Judge